JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

STEPHANIE KUBACKI;

        Plaintiff,

    vs.

NEWREZ LLC, d/b/a SHELLPOINT MORTGAGE SERVICING; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10 inclusive,

        Defendants.

CASE NO.

2:25-cv-04877-CBM-MAR

**ORDER TO DISMISS [28]**

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).   Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: March 13, 2026



HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE